**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Carlos Enrique BARRERA,
Defendant—Appellant.**

No. 05–50864.

United States Court of Appeals,
Ninth Circuit.

Submitted April 10, 2006.*

Filed April 19, 2006.

Becky S. Walker, Esq., Michael R. Wilner, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The Supreme Court's decision in *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding on this court until the Supreme Court overrules it. *See United States v. Pacheco–Zepeda,* 234 F.3d 411, 414 (9th Cir.2000).

Accordingly, we grant the government's motion for summary affirmance.

All pending motions are denied as moot.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

